**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DENNIS VESEY,

    Plaintiff,

v.                                CASE NO: 21-CV-10116

BETH TROWBRIDGE

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

    This matter was referred to United States Magistrate Anthony P. Patti pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his report filed on July 5, 2022, the magistrate judge recommended that this court deny Defendant Trowbridge's Motion for Summary Judgment [Dkt #17] on the basis of exhaustion.

    No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

    The Court ADOPTS the Report and Recommendation for purposes of this Order.

    Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, [Dkt #17] Defendant's motion for summary judgment on the basis of exhaustion is **DENIED.**

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

                     S/Robert H. Cleland
                     ROBERT H. CLELAND
                     UNITED STATES DISTRICT JUDGE

Dated:  July 25, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 25, 2022, by electronic and/or ordinary mail.

                     S/Lisa Wagner
                     Case Manager and Deputy Clerk
                     (810) 292-6522